**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Vincent MISSOURI, Defendant–
Appellant.**

**No. 11–6984.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 13, 2012.

Vincent Missouri, Appellant Pro Se. Deborah Brereton Barbier, Assistant United States Attorney, Columbia, South Carolina; David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Missouri seeks to appeal the *district court's amended criminal judgment* reimposing a thirty-six-month sentence of imprisonment following revocation of his term of supervised release for an underlying bank robbery conviction. Because Missouri has been released from federal custody, his sentence did not include a term of supervised release, and there are no continuing collateral consequences from the district court's amended judgment on revocation of supervised release, we deny Missouri's motion to have his sentence expire immediately and dismiss the appeal as moot. *See Spencer v. Kemna,* 523 U.S. 1, 12–18, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*